# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136414

GRAND RAPIDS HOUSING COMMISSION
and MT. MERCY HOUSING CORPORATION,
    Plaintiffs-Appellants,

v

OHIO FARMERS INSURANCE COMPANY,
    Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136414
COA: 273513
Kent CC: 05-007189-CK

_____/

      On order of the Court, the application for leave to appeal the February 7, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

s0828

              Clerk